AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| MICHAEL STEVEN GREGORY | ) Case No:  4:00CR00191-01 GTE |
|  | ) USM No:  22214-009 |
| Date of Previous Judgment:   October 30, 2001 | ) Lisa G. Peters |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   180   months **is reduced to**   144  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level:  33 | | Amended Offense Level:  31 | |
| Criminal History Category:  III | | Criminal History Category:  III | |
| Previous Guideline Range:  168 to 210 months | | Amended Guideline Range:  135 to 168 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X  The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   10/30/01   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   6/3/08                                              /s/ Garnett Thomas Eisele
                                                                                   Judge's signature

Effective Date:                                                      Garnett Thomas Eisele, U.S. District Judge
             (if different from order date)                              Printed name and title